No. 742.  MISSISSIPPI EX REL. RICE, ATTORNEY GENERAL, ET AL. *v.* UNITED STATES ET AL.

Argued April 24, 1939. Decided May 1, 1939. *Per Curiam:* The decree is affirmed. *Interstate Commerce Comm'n* v. *Union Pacific R. Co.,* 222 U. S. 541, 547–548; *Los Angeles Switching Case,* 234 U. S. 294, 311–312;. *United States* v. *American Tin Plate Co.,* 301 U. S. 402, 411. *Messrs. E. R. Holmes, Jr.* and *Russell Wright,* with whom *Mr. Greek L. Rice,* Attorney General of Mississippi, was on the brief, for appellants. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Wendell Berge, Elmer B. Collins, Frank Coleman, J. Stanley Payne,* and *Daniel W. Knowlton* were on a brief for the United States et al. *Messrs. W. A. Northcutt* and *Elmer A. Smith* were on a brief for the railroad appellees. *Mr. Louis A. Schwartz* was on a brief for the New Orleans Joint Traffic Bureau, appellee.

No. —, original.  EX PARTE JOSEPH PORESKY. May 1, 1939. Application denied.